**Court of Common Pleas of Philadelphia
County Trial Division**

# Civil Cover Sheet

For Office of Judicial Records Use Only (Docket Number)

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JACKIE PEEPLES | PORFOLIO RECOVERY ASSOCIATES, LLC., |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 8019 Mansfield Ave PHILADELPHIA, PA 19120 | 310 East Drinker Street PO BOX 175, Dunmor, PA 18512 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☑ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
☑ $50,000.00 or less
☐ More than $50,000.00

**COURT PROGRAMS**
☐ Arbitration    ☐ Mass Tort    ☐ Minor Court Appeal    ☐ Settlement
☑ Jury           ☐ Savings Action  ☐ Statutory Appeals    ☐ Minors
☐ Non-Jury       ☐ Petition        ☐ Commerce (Completion of Addendum Required)  ☐ W/D/Survival
☐ Other: _____

CASE TYPE AND CODE (SEE INSTRUCTIONS)

STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)    IS CASE SUBJECT TO COORDINATION ORDER?    Yes  No

**TO THE OFFICE OF JUDICIAL RECORDS:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| PHONE NUMBER     FAX NUMBER | |
| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| SIGNATURE | DATE |

01-101 (Rev. 8/2014)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACKIE PEEPLES**, , <br><br> Plaintiff, <br><br> v. <br><br> **PORTFOLIO RECOVERY ASSOCIATES, LLC.,** <br> A collection agency in the US <br><br> Defendants. | Case No.: _____ <br><br> **PLAINTIFF'S COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE** |

### PARTIES TO THIS COMPLAINT

1. The Plaintiff **JACKIE PEEPLES,** ("King"), *in pro se*, is, and at all times material hereto was, a competent adult, a natural person, a citizen of the State of Pennsylvania, and currently located at 8019 Mansfield Ave., PHILADELPHIA, PA 19120.

2. The Defendant **PORTFOLIO RECOVERY ASSOCIATE, LLC**., is an American chain of beauty store duly incorporated under the laws of the State of VIRGINIA and has its principal place of business in the state of Pennsylvania, 310 East Drinker Street PO BOX 175, Dunmor, PA 18512

### JURISDICTION

3. Pursuant to 28 U.S.C. § 1331, Plaintiff brings forth this action before the Eastern District Court of Pennsylvania, to seek relief and is entitled to claim the damages as a result of the acts committed by the Defendant exhibiting negligence prejudicial to the

rights of Plaintiff pursuant to the provisions of the existing Federal Laws, such as but not limited to; Fair Credit Reporting Act, Title 15 of the U.S.C.

## VENUE

4. Venue is appropriate pursuant to 28 U.S.C. § 1339 for reasons that the events herein alleged give rise to the claims within the jurisdiction; in addition, the Defendant has its principal place of business in the State of Pennsylvania under its registered agent Domestic Limited Liability Company at 310 East Drinker Street PO BOX 175, Dunmor, PA 18512. Thus, the Eastern District Court of Pennsylvania, is the proper venue for this case.

5. Furthermore, the amount in controversy that the Plaintiff claims that the Defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court.

## BRIEF SUMMARY OF CLAIMS

6. Plaintiff, a consumer, have sent a dispute letter on or about 2021 to Defendants, a consumer reporting agency, which disputed the incompleteness and/or accuracy of a tradeline by Portfolio Recovery Associates, LLC, – account # COMEN-8097608284****;

7. The Defendant herein failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances; herein enumerated are the acts constituting negligence; to wit; (1) Defendant as an agency failed to update financial and credit reports; (2) failed to maintain the proper standards of giving credit report; (3) provided an inaccurate financial and credit information; (4) and committed actions, errors and poorly maintained files amounting to serious negligence in violation of federal

laws, especially under "FCRA"; (5) where such failure as a result affected Plaintiff that he was unable to acquire favorable funding, having denied due to inaccurate credit file and information which caused or likely to have caused substantial injury.

**STATEMENT OF FACTS**
*(Allegations Common to All Causes of Action)*
**COUNT ONE:** *Misreporting Amounting to Negligence*

8. Plaintiff repeats the allegations above.

9. Defendant failed to perform and do everything in its power to accurately gather, and report consumer information pursuant to the provisions of the Federal Credit Reporting Act or "FCRA".

10. Defendant inaccurately reporting the payment history of Plaintiff's account.

11. If Defendant had exercised proper care or had taken action that a reasonable person would with regard to credit information, Plaintiff would have not suffered damages as a result.

**COUNT TWO:** *Misuse, Misrepresentation and Unfair Practices*

12. Plaintiff repeats the allegations above.

13. Defendant **PORFOLIO RECOVERY ASSOCIATES**, **LLC** failed to maintain its responsibilities and uphold the standards stipulated under *Section 5 (a) of the Federal Trade Commission Act or "FTCA"* amounting to unfair practices and omissions that misleads or is likely to mislead the consumer herein Plaintiff.

14. Defendant's actions exhibited negligence in conjunction with consumer compliance examinations, and other related supervisory activities including a risk-focused consumer

compliance supervision program in assessing credit information and providing reports of such.

## COUNT THREE:

### *Deprivation of Fairness and Right to Consumer Information*

15. Plaintiff repeats the allegations above.

16. Defendant failed to follow proper procedures and reported inaccurate information.

17. Pursuant to the Fair Credit Reporting Act in relation to 15 U.S.C § 45 which provides for the basic guidelines that all persons and entities engaged in commerce, including banks and credit reporting agencies is mandated to follow measures in engaging acts or practices that best service consumers' interests.

### **COUNT FOUR:** *Violation of Legal Standards in Commerce Amounting to Deceptive Practices*

18. Plaintiff repeats the allegations above.

19. Pursuant to the regulatory requirements under Title 12 § 228.28(c) "CFR" or the Community Reinvestment Act in relation to Section 5 of the FTCA, the acts and practices of Defendant **PORFOLIO RECOVERY ASSOCIATES**, **LLC**, amounts to deceptive acts for violating both regulatory and statutory requirements that adversely affects consumer rights.

20. Although each violation may appear isolated, the lack of exercise of the duty of care in willful negligence of providing inaccurate credit information constitute an illegal

practice. Here, Defendant with utter disregard of procedural protocols and its duties as a credit reporting agency should likewise be held liable.

## COUNT FIVE: *Right to Multiple Damages*

21. Plaintiff repeats the allegations above.

22. Pursuant to the provisions of the FRCA in relation to FTCA and U.S.C, Plaintiff is entitled to multiple damages, notwithstanding, any other relief available from other federal laws violated, thus allowing Plaintiff to claim from each.

23. As proximate cause of Defendant's actions and negligence, the Plaintiff suffered damages for having been denied the opportunity to acquire funding due to inaccurate information.

24. As provided in the provisions of the Federal Credit Reporting Act, Plaintiff is entitled to claim the following damages;

    a) Actual damages for the harm caused by Defendant's action or failure to act by the agency, business or individual, which is no limit to how high an award can be, but Plaintiff herein claims in equivalent to the funding lost

    b) Statutory damages for express violations of the regulatory and statutory requirements imposed, amounting to $110,000.

    c) Punitive damages as to punish Defendant as an agency, business or individual to further deter from violating the FCRA again amounting to $150,000.

    d) Legal fees and consequential damages that arise here from.

## **PRAYER**

**WHEREFORE,** Plaintiff prays unto this honorable Court, to grant the following;

1. Award the Plaintiff the above-mentioned counts of damages;

2. and grant Plaintiff any relief that the Court may deem just and proper.

**DATED**: November 12, 2022

Respectfully Submitted By:

**/S/ JACKIE PEEPLES**
Address: 8019 Mansfield Ave
PHILADELPHIA, PA 19120

Pro se

## CERTIFICATION OF CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**Dated:** November 12, 2022.

**/S/ JACKIE PEEPLES**
Address: 8019 Mansfield Ave
PHILADELPHIA, PA 19120
Tel#:
Pro se

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JACKIE PEEPLES | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PORTFOLIO RECOVERYASSOCIATES, LLC.,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
310 East Drinker Street PO BOX 175, Dunmor, PA 18512

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JACKIE PEEPLES
8019 Mansfield Ave
PHILADELPHIA, PA 19120

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 11/12/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

| Date | Time | [ ] am [ ] pm |
|---|---|---|

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Form USM-285
Rev. 01/21