IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACKIE PEEPLES,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PORTFOLIO RECOVERY** | : | **NO. 22-4639** |
| **ASSOCIATES, LLC,** | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 9th day of March 2023, in light of *pro se* Plaintiff Jackie Peeples's failure to file an amended complaint in accordance with this Court's Order entered on January 24, 2023 (ECF No. 7), which informed Peeples that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

1. Peeples's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Peeples did not intend to stand on her Complaint, she must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e) and attach her proposed amended complaint to that motion.

BY THE COURT:

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**